A #1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
MAY 06 2002
MICHAEL W. DOBBINS, CLERK
UNITED STATES DISTRICT COURT

Wilbert Jackson

DOCKETED
MAY 06 2002

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

**02C 3241**

vs.  Case No: _____
(To be supplied by the Clerk of this Court)

A Michael F. Sheahan

B Superintendent Andrews  John Doe #1

C John Doe Sort Officer #2

JUDGE GETTLEMAN

D John Doe Sort Officer #3

E Homicide Detective John Doe #4  AREA #3

MAGISTRATE JUDGE NOLAN

F Homicide Detective John Doe #5  AREA #3

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

__X__    COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
         U.S. Code (state, county, or municipal defendants)

_____    COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
         28 SECTION 1331(a) U.S. Code (federal defendants)

_____    OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

1

PAge 2½

**I. Plaintiff(s):**

A. Name: Willbert JACKSON

B. List all aliases: _____

C. Prisoner identification number: _____

D. Place of present confinement: _____

E. Address: _____

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

**II. Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

D A. Defendant: SORt. Officer JoHn Doe 3

Title: S.O.R.t officer

Place of Employment: Cook County JAil

E B. Defendant: Homicide DecEtive JoHn Doe 4

Title: AReA 3 Homicide Detective

Place of Employment: AReA 3 Police DepArtment

F C. Defendant: JoHN Doe 5 Homicide Detective

Title: Homicide Detective

Place of Employment: AReA 3 Police station

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 4/01

2

A#3

I. **Plaintiff(s):**

    A. Name: Wilbert Jackson

    B. List all aliases: _____

    C. Prisoner identification number: 2001 0084102

    D. Place of present confinement: Cook County Jail

    E. Address: 2600 S Calforina Chicago ILL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

    A. Defendant: Michael F. Sheahan

    Title: Sheriff of Cook County

    Place of Employment: The Daley Center Room 702

    B. Defendant: Superintendent Andrews John Doe #1

    Title: Superintendent of Div 1 Cook County Jail

    Place of Employment: Div 1 Cook County Jail 2600 S. Califo

    C. Defendant: Officer John Doe 2

    Title: Sort Officer

    Place of Employment: Cook County Jail 2600 S. California

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A. Is there a grievance procedure available at your institution?

YES (X) NO ( ) If there is no grievance procedure, skip to F.

B. Have you filed a grievance concerning the facts in this complaint?

YES (X) NO ( )

C. If your answer is **YES**:

1. What steps did you take?

I Filed A grievance 1/30/02 Asking why my Right were violated

2. What was the result?

Superintendent Andrews said my problem wasn't with cook county Jail it was with Sort officers

3. If the grievance was not resolved to your satisfaction, did you appeal?

What was the result (if there was no procedure for appeal, so state.)

yes. And to this very day I've Not Been given A Answer

D. If your answer is **NO**, explain why not:

A#5

E. Is the grievance procedure now completed? YES ( ) NO ( )

F. If there is no grievance procedure in the institution, did you complain to authorities? YES ( ) NO ( )

G. If your answer is **YES**:

   1. What steps did you take?
   _____
   _____
   _____

   2. What was the result?
   _____
   _____
   _____

H. If your answer is **NO**, explain why not:
   _____
   _____
   _____
   _____

A#6

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

  A. Name of case and docket number: **NO LAW SUITES EVER**

  B. Approximate date of filing lawsuit: _____

  C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

  D. List all defendants: _____

  E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

  F. Name of judge to whom case was assigned: _____

  G. Basic claim made: _____

  H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

  H. Approximate date of disposition: _____

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

A#7

### V. Statement of Claim:

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

In or about the first part of January 2002 I was call by the officer on my deck A3 he informed me that I've been picked to be placed in a line up. I asked the officer could I refuse? He said no. I asked the officer could I call my laywer? Again the answer was no. I then went down stairs to post 78 and asked the exact above questions and was told no on both counts. At this time S.O.R.t officer's John Doe 2 and John Doe #3 esscorted me to their office I asked John Doe 2 S.O.R.t officer white male gray hair could I make a call to my laywer? I was told no! By him and dont even ask! After I looked at defendent John Doe #3 sometime later Area #3 Homicide detectives John Doe #4 and #5 came to picked me up and take me to Area 3 police station which they did on the ride I ask to call my lawyer which he said I don't need one that was John Doe #5

A#8

I was then taking there and Hand cuffed to the wall then placed in Two or Three line up. After that I was Questioned and then John Doe #4 Begin Beating me in my face, And called Names like "you a hard as Nigga" this was done because I didn't know the person by the name "Deion" Also anything about the case. I told John Doe officer #5 about this And ask for his help, And that his partnor is out of line! I was told By him it was'nt me I was good to you I feel none of these defendents did anything to protect me from this Attact I feel defendent A. Michael F. Sheahan is wrong For Allowing Such pratices to take place under His Athority (prisoners being tourchered By Investagating Teams) I was In Cook County Jail Cousity. Not Defendents John Doe #4 + John Doe #5 These Men had No Right Acording to the law to take me out of His Cousity And cause Bodly Harm to come to me Please find Enclosed all Hospital Reports And Treatment As A Result of this Beating, I was Also Refesed Medical Treatment At the Time of the Beating. At This Time I would Like This case To Be Open For Amending Complaints once I Get my Case number. Becaues I'm trying to Get the Bones

A*9

## VI. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I Humbly Request the Court to issue an order that defendents "A" through "F" Be Held Responsible for their errors and Crime Committed against me and what ever agency Bonds Them to protect the public from such Cruel and unusual treatment to pay what I feel is very low for their actions $75.000 °° each in prunitive damages

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __April__ day of __19__, 20 __02__

_____

_____

__Wilbert Jackson__
(Signature of plaintiff or plaintiffs)

__Wilbert Jackson__
(Print name)

__2001 0094102__
(I.D. Number)

_____

_____
(Address)

PART- A / Control # 2002X022(?)

Referred To: _____

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# *DETAINEE GRIEVANCE*

NAME: W. Jackson              DATE: 01-30-02

ID#: 2001-0084102    DIVISION: 1    LIVING UNIT: A4

**BRIEF SUMMARY OF THE COMPLAINT:** On Nov 9, 2001 I was Taking out of cook county By police officer, W. asking if I am riding to go on court I ask a lawyer _____ And county officer cook county officer did not did not let me call my lawyer

**NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:** Officer on living tier A3 on Nov 9, 2001 also on post 78 at

**ACTION THAT YOU REQUESTING:** a answer as to why my right was violated

**DETAINEE'S SIGNATURE:** _____

**C.R.W.'S SIGNATURE:** _____    **DATE:** 1/__

*Please note:* Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.

FORM: 98PS01A (REVISED 12/99)    (WHITE COPY - PROG.SERV.    YELLOW COPY - DIV/SUPT.    PINK COPY - DETAINEE)

fUOhe4nYU0ivhXM58WWf/dG/8iX2iYZi5avkF0GR9JtGmoPZOFcXjNkeYxHq4AOYpBi+58EF1nGNB0gRvsRMYdtYvTQnJUeXWRDW6m0b7iMsn3NNVg6CvaHUi8vxwy8mdX+dTYwgX0HlYs7nnW5p0QYMhD1HWmxSSKFQzrV1bv/E+t8=

TGyXs3e80UpizpUTH/JR8Y5nJ9onOcdkyvRVjIpFHumvjOxExFW1qr6b4a9FXrrsbVVfLbJ4K/wVyxlXYCmcedxAM0jaMiO8WAcR2SjLp9LidIrk8OhFKi4xJYpMEtt/F6PN+gYALI0oVbLxvmFYcLG9VqnP2Tv3NR9u6j1LA0dVb/ePkhb7jt8+e3yaEuO6AHL7vlwR9iWvaqgZ12ZTnV3oPGUJvvMRJ2awLEROi+t9/IwaHo2PXJvHf4nvMGUaxFHHKwJPuBICX8rVOIBCdTMpvBUjlvZZPoHU9usoTGAvRKufW1cPRjY/v5i9HzK2B7KnGv9AuXDQhPN21w==

EhcAGd8iNLg1p3hOtzgVIdyC1FD+ptSR/gJBjhvYNsWLTPcoZrpWeI5umGOF1mjJ7dK+nTMXiNcTn6YFFfP22L9OzfuGj9+TFW1wJ7u5Xyzsc6adM0G7Aka8tOHftshOHm1fVn/oh9hZkYzwa+eYkL56pmxz5b+fR0HcoTezCGOZTRXTqZezQbxlVs/xXxWWLmx28qMV/SRN/EcUJFg=

XHfQMkV+eBiCA3XSM04hBXnfhyTKgHVdbrFdZgGucGeOr9rOuwY8xg28CmHHTqemoCiWiXkLmTD4vr4CmtIoPrv9VFu5xHTRvPEjCmtCKM2Zu/HS6tQrDdcGuWlNL2YEkC0HcN2pYm2O3LyLvBtSYl8dKshRnw2CFkIRCvCdAkXgfOd7CbpEOMZ9RchvbDd/z/7vr3sI/DwhFn5jCxtgvstGSDw=

xJI7TGpt5I1j4rH9QzCvAcIh+3ZhFaLiVOH+t7ak5c+c6mAOHF+dZ1iV0AgYVfFWhMZTANSzaMnVtUE75gO7+hH5Lm2YV9+vbwPdY7E9Y1NJwBZKLDmvwjkIINQ0U0VAIVUDMphFs3qV5qyn99mA3BOaxnEpSbcWpQMEI/kQz29Qay/mTZ4l6Lo9AJHS+PlzaAT1JZGnsN0tTwNMWkuLlH4yM//VVwY5kp6D5PF9PNM=

tbczVCJOjAiPMs/1xq/Bpl3l/A51CRxmUhQz/6iJi9FzsjsV5gPDvy5Mk4VnVOmkn7oxqnX3rgS/cNKJyC0LSTkXtsgETsi9oerVkfv54Hj+Lo/EqWevx7DeCNYTTVdUhffGRN9CRIDx77sVxiuzSjsKAoihSp/Ka6R2fwokfuYEicHH4ApRuyiQO3X2b4oRvG6etTyS9GCRcf1+8A==

NJOH2vdPPtyAK/cjY8QpofgsJJQuEwq35r7nhjwh0pLQLkIRYK1tgCvuGIrt3Ld1VHi4okjjBWwSXO1ZNH8NAQ+A/fc/xjfZxQR93dLVIDyaF2qdF76cDxwMWH6znRsyG64GL/YtVxGm/O7U8g==

kbHDaBvcapQyr/I7B8cywoPZOOd2XAgQ88LnRJSNxhF9GYaqD7wr8HbitqjE5bcpjgw5rO03xiu5hCLXtn4BgshXnSYrPGYbgAEg+2H8QWr+9h/ZpVN3/kztVj9dbHm2rtEV3PGRUqMdM1w6YGwrLp5jxFpLwL9BQvG4tJoZlA==

5W8f0g3OmJmrVUN1aQFqLLhBiaJBDoxZhtMjrFqBoHTJoICZpM/4Jp/J9iN/RvUCIFTmj/tFxkWQxC4ykx8DR3Bt9TcCHmrPVt0HZ9GMkffw81kfQ4zcSwiSaKbhOYcjIfQaSoIF9EeMnH1qBqELvsDE1j0oROhvl7QZi4w8VZjpwSGOlfdg1rE8uVVw/vxYGgNy1cM9eFUKAQ4M2jUfuRiWgmWS8iwohB3KJGSBWQHwvStlJLWXRLY3OsUfzKKPkbgjfCpt+oPh6UkSR+UvOBs5Ft18xMNBBmZPxnjjKWiz4Up8AMgz1Ii26pXcOrA=

yK6NYqJZbfCY+Cxo2EQ9qFa7/tOZnJqMKphqPxfpKEJOYkzJtwFymWgpxgENwNrBBAbIBZpTw9nZJMOQTChVpwF+xnWHmTKhh1hIW1XRkLsk/EOe9elKfjAPqY8GUoogRxbvuAPC+BBNrmBh6VtuQcjcjF9wVaDmAnoFJ1YmFEUAAS2j

EcDuJiDYR+C2UhQtQkmjY1EtR1uBT9cgqd9dWlEM2g6TXYNHnSx0RXH+FuXytIi+pqPfMhb9D5gLs2rFGeyf7Vlp9RXNa1ZhUBF0oFsxAeX3nGqT0K+v3ZvWJmWfCjqB2D2XZcG4s2UkGb5nKIuJq0JwR2KyA8u9eoMzSNUpKzeVRkSl+Pt9HvZUh6nv1/q/Nw==
8D57kc8nixkQc9kFSUi1UCESuu62fsxMfFPRrDACJKNl7YPKIkYg6NKATJ6obXW4wrGc7lwAE/Jo4/bR/iCCBVKL9YwejFvZG6uOZ1dd1XRttU1pyqMU+3/6I33yJSOCRQz5tIiHsYfZ2lrlvxmSifSpj/RJUbRsx03ZzDQGkZGW4xEhXjxJQLhsCwYUj2aaILANh6WBmtuCJbVAUE+EcsWoZOtkW5d1kRU6f/cpLQSlIUJs+Z7F

XIcddHPI8G/PYFgK2aKQl6Svd16ywuvHTT6E+NAJXwJrLCKkN6h7NhTW0xwsx+mVK79uX4BGGLp6NOKdoPpoo6I2bFTJIN2cHz6mVA2TOGx6WJcngb8jQTtRAp7iS3Cz7r0eqnzOntk/1EQsOZHGm1AB4XXHuFnHPzPfjYsBNqRNRDMkK7cVFIUF2LeZ6F96n9c=

DDW3wLFGqFJf9SPMWp9k2+CjTsT5B0L+5WEz/d/a9hcWRyGbiWMlfBH1+dXPnATcbkdDapt7/WR9qjcvbkFHDqdRxdtvD7tCsahkdzNpkNaCpwKxV8HDKQt8ckPqpjzlI2QRfhR+4X7AWLRCCOJDVUS2zTqa7BpCfiBZyqxhpyHAcGw5oqfz/DyvHBJKWjwxLAxUcJ3RApzRxQgLJCYrzqUgKNvrsiKFnUxFO86ONBxqewV+eO2bcTRi8+WM0v/wlzE5/UDPpVGXddT7bDhtPWYQ

tqVvQSq5lBZlcX8r3tU5X4JYctExDyWeETPS1FYRfx6yvvCHovpGGzjGdB2rbXQWmtbpgZ6P3CPfhWgvqOhbWAbG02C0KE/DB70vnHT4JQaiVCKZh2ZfR8dBvkfp29uCpAI8DGdsm2W68iuOAZQC7w==

6MG7aCC7Nny1RwyJSMqXX4mBehBvh5sLqMjBhX0o7ZzdyaKn0xbDmPNWCwcGAqW9LAFVwNQLcZ5Gc9ALLJdSiZAxhlwr0JQKhUKQ2lBRTTBPfAF0Lj/Gp4x2NxqU3u7bYJ1fSzhfBwTV24sAZ1oBPF1vbHPMSG4nwRrhdA==

JjiHXnYqSLbRGq48BFAUM3Lk8WBsfL2xa5SfB6jnDgnNf1c/M7eJQf1yhMtZDPUt8KE6cCnCIZTkmR6BcyGgsCzS/xKPJUpVk57RpSn1+0cUfSZyjIwpbyCHVXz9rh3xIFxWG5B1NlX24iFxG7xkw2V2+Iw62HE4nyNTp82zxDkRMOQlgHMDPEDPWmGB

MR1zHsbcJr8ApSwSTcjXcXdUW8SoB+JZwAw6+Q2yUkfrW67XO8krRNPi2snKmEm0xAyvEIF6GWP+P9OQz7NH/xSLVaLyxWuEL1lvL7+Xmk2fd6A3TYpLjdNXN6u/PYCmgV2+B66p72bjA0I5rVw=

LTWWwSSr1eBXe/kqYUwY6hfXdNXeQ9W32NlyKmMoDgjCNlGvUHOj5JPhBeQM+3xg+PdNcOJw0pOzPQ1lcxoSpIE28MoSMYWSOLlaTN9KKKOW4xjaklgIcz4oaLsjHFALcl+fcKiEKIUhHzWfiGsflHZuHkGU/6VR9Q==

MLC4L0HhwfG8xYB4OECj7H0CSB9Gc7ovg9GrTcWA4qoyRi/y7Rghl1rPJL9yCRPAJzlB4jK0oUGwA4rRCcqlEYbhlbyF6yQ+Wu9pVPyTjOfNj9a86RucBvA6pCmj5bBE4lXchC+YkG8e6JOhhGgbzm4ypMQHnKUkQZSBFOnNg==

kzYcZpJ2Qxi6mr6ys8UH0rDo4EGuPQUI02UCLfQ/3IAs/Uyy57S2zJrPt8gdqAOkXYTdCBKGiMq0rlKAqzCZm+cywnOA+mRIZyIuEI3sQrmRupJ04DVdMv7Za0OlsT7+b3VSZ0RzM0shNtr2BKJUN38=

Ys2y73aP/1VngXIYObCR4bW0UDCddt4P3jHgoVXgMwGVPa9Ee+qMRR39zPUbQHPRGFcxOkMkxmGjmtsdzc23lpe1X2qRoHJpXg6rr7dKZCHKNKWLq3htY9jFGSaBqe6w2djk4i5nCK0hCQCGgLFMCEj0z9Aa+MhSPUY/

rGhCNFwOpnLOWZWgHx0/AGiWhCnhetzW7SZp8EY3BeDaKTC2rX5Ad1FCrPoLmsCHQLfMIPEqpjvL3ctN+0fNI5qwVdrnpFWCGvP/cqe79gQJUjjyzEmK4gCUvw==

9GF92lxhCf8mjD2GDBsy9xOrKdhHWmtIlb0L2IjNxGkQywPT00QIIyDxfvCfVSjUZR2e9ZnLVmgrIT+DIMSkZhKg/98Ep3a+QYkwOTXkUPLImrTaMSpcVdj4Yn1dLtDpx/PITbUpHeVPzMC3iPi4zw+qJEFAFzO8SQnc

XREqjAwR/n2YsuG8YgFY6/06LqJ/p6+5iG2YXbsN5tWlRbmc4vXt4DKB/oOUUBNO8g9KnwHyTOJIFhLRzEm1nBvyjVqXbEm8mOkA3I2HrPu2yQpHLQg9g0ko+UrDJwmuzmbUIubzkiEy66jkn1G6CuBOeBTOcw==

KIwuWVzjh8AqTYovfUkZ22q3JLOfVIS8qlqj6HW6ArTuLYXwrpHNe1cL84uVYjIPV9hGHmJHKwHVHZFPRd+2SMaOUYFoiQLAD5LR5WoFw70fKJdfS9U+0ekG0v10SCcowQ1YP59UtOtjqwSeAhtAtHmIUG/57aiNn25lOVRTQLdeyANiSZyIpdaZsg==

QXYV+4QIspxCZvk4ta5eeR9CDK0pkJOVH8o4GsZAKJhO1EBHAVcVjEYoTdLEB+BetaAqiz/9sAoTutUfg1xj6Fz9OBMRo6C9mVPFHdBsKgMg8x8+mYy8tCd6TMhjXzYIvG4d

TqX1VoLNlWXWiWj5JxvTotLyTz2CytRm1H/qQ4yPbA9YRYKAAHVL0PUx3lGRAxM/zcNxk7vc0mw76t4cmaT4kvTqSXdtRSx5D++0s6qOBUf+EsHMCSZ9gPg78ou+ynOaa32oibRp+A==

xYyq0Pn4aakfdYVEOaSFUjApQPsSWVPGjH2A5EYjJI7EV38Eo2yrmi2iFQstOaVCXRN+8b4N3+kt2Td+WXaXjNgabLNW4aj3e/NOtlCvvhJXZrA0g76V1Fr/GYi24ZIUu2IHk3YN01CGF6wW1KdiL7y54KdmBkGcGOJ9NxQs3zF4OEg4oBK0ZmA0qWABMAodDgNvqNpiGv1eOWnIoP/Tk0E=

nlTrmKCvYkcoTDWEnlaiwhQbGcvBkPSwhRNDJzQR8rtRfx7oSLN9gWMl+oGNmmeOgVJOmqCnYMEfT9iGQxkeKWFBQPfE92dExpkkOlBhbt5YBgCIfI3wcPZlYHoGrrrSOj4=
C9UIi3aMd9UKbccUrUwg4XVwM4+XgGLhZv3P9tHX76w4FgS/VMj2WWbQObsz8PAC0GT3tBbP09HI8Fn1F4ZnIvRPJdqtoYOTiGAEmxUxk4nLLavXgs5fJ5CuwG09IXk37xyEZIxEgKcUjOewTWgaxE02XcFdDLxIiLBh8I9yL09DQ==

3zG+1aJsZlPk4NsCVAHJTzRP1aSU4zjaFSgFNHQQrhIDWNf8FF0lrgPkTPMEi5Zn6FGCnYwBYXPPjYOe4CVUNmMHWWBWsuVegjR4hk7PDgRbeUVyPpT3Gg==

jAK0j8zGNIlj/tVCdFhXOFyEjqEc6VT4ZExANUcvBfT5gi1JyqN5w4ToA0yBdVvx50YpCKUpcy5XRIK10zZmKJsAJSHNH/m8H9uWTAsqKg36x93RXnPaM34pGjhLtQOgLX8wwSEIQHZs/sG8NNn0YoHjpXm10nGZQbmDZMSb2mHmuTxO4hYEKQA3C+Tg

SbLoEdOcaPB/ueB4DT0+kzDjz/ZKR8PAPXoGxUOo2uVTjwpsyoZT6EyGs2r1+UgkmnfvjfmH9FUJpBvmVd8Xk1ziZMXO6gK9ys0ZsZWwOZRyFpUZx78HGwNlMn2Qbnzdv41HmXkB5rnpvaXaETa1vMC1HAa/ixVe2M5w

IW8D3kl6OaTl9r4D4WnjCzjF3Wkq7/UYmdxljVMEhQuxjxQGC4jyYmf+Ki2aI2hKVQ2H/qIwbQ76oPGJIWqOAY/Jw==

M/3wf5cfj7OLwPnq/aARgG+eCSbjIcsCqjtPe/xrnv+r7jDaRSsjqz7T7UE8B2Fs3Y3I61CIKM6ZPhYXcqSYBW/iWIR3SSq+kVlWWSz0a7zFKQEIKVMxP7KI5JHHGcRjf2hpoqL4pHcJWXVh3Q==

wwc/nV7FTwN/DnKoJewfzwxZvCAy0eApE+nDYppnbY93FNBPFQoCIonL4pKYfECjVbkYYXhXNVZePlTfngY1opRxKWWS2wQn3qhAGpCAUehBg2bxMUHhg7LRW/J79pGctjhi8e2NGKdBXeW4ItW/udKAhsMPcJcpNZK8w8ojSA==

s5Eq3Tx1kXQYnwbLkPR8rTHCSVoIHdx+V6+FAFFjoM1kE4ru2ZptIP1rg0mrocr5+nFTVqKhO64kNetz/h50m8iVFHXqHGW2v1DwQ/XnlbzTVTWjVyo4PZP4hEMsQm4W9dKwgTLBSovXWVgF9HC9VQCiEfHDBwiF5MuAyltufXY1aV1sbH02evNWYTUxkK/Co2JbPsFjOzD2kb7DKdoXBQ==

vQeBdybGm0ll0p5MkyojkYS1jdF4WNoKdaN+EsIw15ON2ihEyP/RwlIZOJm5Un/BinRwe2eGNkOEfmSrLuWbe1E+4TsUsBemRJTtbv/LClX7iMI5KehFmTCLYMGhljL94NjUqUG0UUBKSG1gpNStvztKjPEDdFXeMmh9c8gaaTYrDVutyHVmxN/Fn2LvRMYLotyoNcM6B8BsitkC/SpCxoyd0zdS

dBIhHJPYfsUDrGljnMnrNM9t8zPPAsMb0aiXDiIVDz+JCSFHaYAHTeHnPNzJP5WXNa1u54M3d9ZQKW/vYG7HkSF2MOZJibZ0Q2CpsZ0lYSVmRIUKLYyugUfaEsmVVRr2Pqgv2MzDdCmInE8sBFSaMTTTV4mKLxZ2QQ==

DyJ0ecDnS7UqNX4LFNVWRfrk5HSyq5zpUKKS1ZXZr2UlkdcxaFxYx8HRkkrzVa69INXZntTb3Ci+4vhuu0fBO2K9Y2H30jt7Dq6BrAwQWGaGuiSMR1+PT4aPoL7jxibGu+3X7JAgJ88KSXMz

J1HhQOOm/ghNwbDl7xKYyaZOOT3sMNG5sz/q1AkqyqErZMHPGn4NAr6u21SEGSa9cMKDt2BuZZMh3NsO4eo1+Y3TSQcvYmbtdFHl1V8zK6JgsbIX1yz6z2u8LB82i+/vrVRdbk8/+KvB4OgS

KRMYhLhSNUWnsHV++JhxaJjEv7L/UJHpwWaDZALu2pNX6ubeLEP5QDh0G4nETDXTmP4d0JvB1bsbg57kZ/ykhPZGZwBSCmVKbqG3Er3BzfE5HTUAJk24gtbhIeKCFJN6dGmpxAoR/rKZq1thK2NxhDuyd/nRhQxUOjCIefiTjxIPR2Wia8jNHY0iW0yoLW0=

/A7FaYkRrrPM10Byvrf9LDnxaj2zY4aDcKmnxR2crrcqAHwBxGEuHL5Qq5oUcLRCeb98AAWXKgw4NcuU9WyPcDx2+LfZPmN9vEE+3q/Xqsi2FMBwR0ZYjNJ7aPpF6Fer6Z89bVkl2wM3BOG2ze06Tnn7BpyEAXPLPMWDRFbQuISt9BQZiWCUEM8h53ghn0L0+A==

9xiKtvpJ3QxzVTPZyqbfjsiYyTJa0aidT8U9bEo9drUtsXyfwghcBH1EUo5VwpqpM7n9QpcZ6TdLKiJCBTCLQiNBwA1UxmgobXXHJH6idR8bFGOV2SbvM4lUOo1dASS3/jvTJ7u/Z0rAAolNBVwIqZ9ie5GKQgfq4t8YcIwIvh5UUPz32RIlr4ErgNWtQ32s

AxkCIjmVC3Xl5NgdRFE6AS1mMq3JFBpNS+ngdaw6TrrrHkJ0Zbq53GtmukaqVkizGY8bjfTsXiTbACS06TDeSMM7r1GBg7eBP4I7xxA9mSEhKq5nHwMF07fMWyUyuyetQNyPh34=

gN92eIR6P96ufUR4AhudXKjN41I5J4sgopDoa6+YlbBJxczDnbZNn6lpP7xPCUwS8hgAP9t0HFRpNh3TqYljXAjUR/FfTKs2m3hxfJP/HgPhtsR7VhCfJtHiH4EGahRyUh/IeQPc

sdAqxjZ4FS01PdSUHfe/bINf2dqV5/tSgi10p8L6swXZBLubtL2xwvYJM7uBtR6CoNW4qmi0HMbT+8yeA5KSEMGMqN85gXBW/z8Af5+Hfsj1bdcRcV9phmKnwDcvoSx7mG4zGhxyq0mfpaMINg==

sefrwkMgzg6LN7NBOZKBdmcCWSTWS5uMb5MfeLIg2eLXtNzJa91fIVnJv2f4owA2wOrg7Pv9x01wPr4l9pMVm8HUM0xGS1Fp21gKEzXtLRfXAuzmgfKMwDlQ0eIgcVBj+7tlFs2Xo1z3

oCoDGkAxJIHtHpx2zd2tpCeyjgxqPKd8a9FzpWWwDcuPppi0eA3L9SOajkUyexqdmEepnzQxKGJBM8D1WmTs36ClzwAAMv8MIowa3GszdGIdpH+U6nVxxv7zSzbJsaofsAVd7Cs2oFHyLidrrg==

TpJgbjMR9UNf8+qKiQtYJcpxIa3HhwsoK0eC2GXoMYmXkRgdjlbymmwz6AGoB2ykhUD8Uai+ugD9+9ZZXPfWzu1jzTpOORSIuaJ+aJIM7tUBf7hkcgkwIEr0OazpSlvGfcaaWiMadG0N7qK9

xuP7r6KPUHnyXtnTzhQfvzJ6pmkKZFXL6rC5kG2zR+9MZoPJrfAzwMrsIhh0HiH5ICG6LfvG8LoVejpgQwO2lHx3T4q2bDCZXJP7XuaEqyzmEyd6iWLyN6Vw9kXjeRPq7AH/AFxLt2PK1jU0ZJKdaOsY5x8LNe23W35mTZ9iCA==

GtqVwy7KPtuewBgOqztu4ogSLYSBrzxe/H7n2/AsfxTccW9VwPtBqyzJ6A0y9gJ8sWBCFvP+N5+mDLqoE6ixXPJ6g0xl/qxhhMNIJqWE8rSPhQz+AUPchcakeZVs14S3ZpAgGdz5cWoR6Nyl/g==

jrKSTW+u2KLV0yk8tI0tY2O7wLuOFj8vOyGHsHwXymDKxovPyFGCG62SM9SGm8vM2OdgbcWLeu9mcgzTPgkmG0tkyRA+vLf5XM2Itq53QOlE+FVvkgovDU2jF4nHb/+H4X/c0nhEy/o=

ll88wOYYHNjLSh2sctd7nHvWO7/b2tmR+n+MbzOL4rp4B/tRtXxytt63CDuxk2OPv9Q7S02YeGaWJqAd+EqJCpoJywAvPKHG38JTJ2YjsP9n41h0V0oQJQPq1bZDRq9Ux2Skz47ui9v28vgwlYtB

Reg. # 20060084102    Date 1-10-02

Name: Jackson, Wilbert

Fine $ X    Sentence: X

CLOTHING & BED ROLL RECEIVED: 1

Number of items stored: _____

HAT - CAP: _____
    size    color    condition    brand

OVERCOAT: _____ BLK _____
    size    color    condition    brand

JACKET: _____
    size    color    condition    brand

SWEATER: _____ BLK _____
    size    color    condition    brand

TROUSERS: _____ 3  _____ JCNB
    size    color    condition    brand

SHIRT: _____ Green/yellow _____
    size    color    condition    brand

UNDERSHIRT-SHORTS _____

SOCKS: _____
    size    color    condition    brand

SHOES: _____
    size    color    condition    brand

**SIGNATURES**

OFFICER: _____    STAR# _____

INMATE: [signature]

FCP REVISE FEB. 97

\*\*\*Final Result\*\*\*



**COOK COUNTY BUREAU OF HEALTH SERVICES
CERMAK HEALTH SERVICES
DIAGNOSTIC WITHOUT CONTRAST DEPARTMENT**

Printed: January 15, 2002 5:08pm

| | | | |
|---|---|---|---|
| atient Name: | JACKSON, WILBERT | Sex: | M |
| dmission No: | 020010084102 | Pt. Class: | O |
| ed. Rec. No: | 000914315    Rad No: 200100006926 | Order No: | 90002 |
| eferring Dr: | , MD | Ordering Loc: | Cermak SCDiv1&7 |
| rdering Dr: | SONIA M. LOTT, MD    021618 | DOB: | 04/02/1980 |
| dmission Date: | 01/10/2002 | Discharge Date: | |

DATE OF EXAM:    Jan 10 2002    ACC #: 6413554

<u>KDN  1294  -  **NASAL BONES**</u> :

**CLINICAL HISTORY:** ALTERCATION BT TO NOSE 1 DAY AGO R/O FX

**FINDINGS:**    **Examination shows bilateral minimally displaced fracture of the nasal bones.**

**IMPRESSION:**    FRACTURE OF THE NASAL BONES BILATERALLY AS DESCRIBED.

Transcriptionist: DF
Transcribe Date/Time: Jan 11 2002  2:38P
Read by : EUGENE LIDOW ,M.D.

This document has been electronically
Signed by: EUGENE LIDOW ,M.D. On: Jan 15 2002  2:26P



AGING SERVICES CONSULTATION    NAME: JACKSON, WILBERT    ACCT #: 020010084102  MR#: 914315

FORM 70

C#2

 **CERMAK HEALTH SERVICES OF COOK COUNTY**
2800 South California Avenue
Chicago, Illinois 60608

CCDOC#: 20010084102

PATIENT'S NAME: Jackson, Wilbert

DATE OF BIRTH: 4/2/80

LOCATION: Div 1

Come to Ent Clinic (new)
1/11/02 5pm. Cermak
Consult in clinic
(Broken nose)

*[signature]*

This is your Appointment Card for Cermak Health Services. It must be presented to the Health Provider every time you come for sick call or for clinic appointment. If lost, your treatment will be delayed until your record is checked and a new card is issued.

851.12

PART - B / Control # 2002X02

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

* EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF A DETAINEE *

DETAINEE'S NAME: Wilbert Jackson  DETAINEE'S ID #: 2001-0084?

IS THIS GRIEVANCE AN **EMERGENCY**? YES ☐ NO ☒

C.R.W.'S SUMMARY OF THE COMPLAINT: Alleges that Correctional Officers failed to give him access to contact his lawyer

C.R.W. REFFERED GRIEV. TO: Supt. Andrews  DATE & DIV./DEPT.: 1/30/02

RESPONSE STATEMENT: Per procedure detainees are allowed to go to line. Police agencies are not allowed to talk to detainees about any case he is currently in custody on. SORT-handles all lineups and paperwork with police departments.

Supt Dennis Andrews  (signature)  DATE & DIV./DEPT. 1/30/2002 - DivOne
(print name of individual responding to the griev.) (signature of individual responding to the griev.)

Sgt Dennis Andrews  (signature)  DATE & DIV./DEPT. 1/30/02 - DivOne
(print - name of Supt. / Dept. Admin.) (signature of Supt. / Dept. Admin.)

(signature)  DATE: 1/30/02
(print - name of Program Manager or Supv.) (signature of Program Manager or Supv.)

DATE DETAINEE RECEIVED RESPONSE: 01/31/02  DETAINEE'S SIGNATURE: X Wilbert Jackson

### REQUEST FOR AN APPEAL

* APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE *

DATE DETAINEE REQUEST FOR AN APPEAL: YES 1/31/02

DETAINEE'S BASIS FOR AN APPEAL: Supt. never answer my grievance request and how about to go about it thank you!

APPEAL BOARD'S ACCEPTANCE OF DETAINEE'S REQUEST:  YES ☐  NO ☐

APPEAL BOARD'S REASONING / DECISION / RECOMMENDATION TO SUPERINTENDENT OR ADMINISTRATOR:

APPEAL BOARD'S AUTHORIZED SIGNATURES & DATE:

DETAINEE'S SIGNATURE:  DATE:

FORM 98PS01B (REVISED 12/91) (WHITE COPY - PROG. SERV. YELLOW COPY - DIV./SUPT. PINK COPY - DETAINEE